UNITED STATES of America,
Plaintiff–Appellee,

v.

Gary D. WILLIAMS, Defendant–
Appellant.

No. 11–12659

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 27, 2012.

C. Brock Brockington, Dahil Dueno Goss, Angela Marie Jordan, Zahra S. Karinshak, Lawrence R. Sommerfeld, U.S. Attorney's Office, Todd C. Alley, Hawkins Parnell Thackston & Young, LLP, Atlanta, GA, for Plaintiff–Appellee.

Derek Harrison Jones, Attorney at Law, Decatur, GA, Gary D. Williams, FCI Yazoo City Low, Yazoo City, MS, for Defendant–Appellant.

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Derek H. Jones, appointed counsel for Gary D. Williams in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Williams's convictions and sentences are AFFIRMED.